ACCEPTED
01-14-00383
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/24/2015 7:12:13 AM
CHRISTOPHER PRINE
CLERK

# Linebarger Goggan Blair & Sampson, LLP
### 4828 Loop Central Drive, Suite 600
### Houston, Texas 77081
### Main: 713-844-3400

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/24/2015 7:12:13 AM
CHRISTOPHER A. PRINE
Clerk

April 24, 2015

**Via Hand Delivery**

The Honorable Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin
Houston, Texas 77002-2066

      Re:    Request for electronic copy of the Supplemental Clerk's Record in Case Number 01-14-00383-CV; *Glenn Herbert Johnson v. Harris County, et al.*

Dear Clerk:

I am writing to request an electronic copy of the Supplemental Clerk's Record filed on April 23, 2015, and have enclosed $1.00 to cover the cost of this request.

Thank you for your assistance in this matter. Please contact me if you have any questions.

      Sincerely,

Nick Nicholas

cc:    Glenn Herbert Johnson (via e-mail: Prairie_View_Grad@yahoo.com)
       Mohammed Ali Zakaria (via e-mail: ali@zakarialaw.com)

---

*Edward J. (Nick) Nicholas     Direct: 713-844-3405     Fax: 713-844-3504     Nick.Nicholas@lgbs.com*